UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

ARRON MICHAEL LEWIS,

    Petitioner,

v.

WARDEN LeMASTERS, *et al.*,

    Respondents.

No. 7: 23-CV-015-REW

JUDGMENT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner Arron Michael Lewis's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, DE 1, is **DENIED WITHOUT PREJUDICE**; and

2. This action is **STRICKEN** from the Court's docket.

This the 23rd day of March, 2023.

Signed By:
*Robert E. Wier*  REW
United States District Judge

2